**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JUAN R. GALVIS QUINONEZ,

                                Petitioner,

        -against-                                          26 **CIVIL** 00857 (PAE)

                                                              **JUDGMENT**

LAWRENCE CATLETTI, *in his official capacity*
*as Colonel of Correctional Command for Orange*
*County, New York, et al.*,

                              Respondents.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 6, 2026, the Court grants the petition for a writ of

habeas corpus. Accordingly, the case is closed.

 **Dated:** New York, New York

       February 11, 2026

                                          **TAMMI M. HELLWIG**

                                       _____

                                           **Clerk of Court**

                            **BY:**

                                         _____

                                          **Deputy Clerk**